-0-

FILED
CLERK, U.S. DISTRICT COURT

APR 24 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-CR-1218-GW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| MICHELLE PEREZ. | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) ⊠ the appearance of defendant as required; and/or

    (B) (⊠ the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_She can refrain from substance abuse_

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_She can obey conditions of release_

IT IS ORDERED that defendant be detained.

DATED: 4/24/09

_Suzanne Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE